



THE ACTS OF THE APOSTLES 1:1...3...5...6...8

# ...AMEN... THE HON. BLESSED UNITED STATES DISTRICT COURT

for the

...THE NUMBERS 35:7 District of THE GENESIS 1:1...3...26...31. 2:1...2

THE MISSION OF Division = 12... THE 12 = THE ST.S MARK 6:1...7...11=12...13

...BIRDELLA...LOVE...RAHHAL

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

...THE ST.S ANTHONY...HOSPITAL

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CIV-25-377-GLJ

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes (YEA) ☐ No

## ...THE COMPLAINT FOR A CIVIL CASE

THE ST.S JOHN 8:33...35...36=44...47 AMEN.=52.=54=55=57; 9:3...4=5. AMEN.

THE ST.S JOHN 8:23...26...28...29=30=31...32 AMEN.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | BIRDELLA...LOVE...RAHHAL... |
| Street Address | ...100126 N.S 3690 RD.S = BOX 181 |
| City and County | SAYS = BOLEY... OKLAHOME 74829 = 74859 = True |
| State and Zip Code | ...OKLAHOME = THE U.S. = O'ISRAELS JEWS... |
| Telephone Number | ...1 918 667 3437... |
| E-mail Address | ...THE ... AMEN. |

### B. The Defendant(s) ...THE ST.S ANTHONY HOSPITAL...

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



THE OCTOBER... 20... 2025 MAILED

 ...THE 08...05... 2025...

Defendant No. 1 THE SHAWNEE OKLA. THE ST.'S ANTHONY HOSPITAL = STAY

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 2 THE ...MID WEST, CITY ST.'S ANTHONY HOSPITAL = 08...10... 2025 STAY

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



B.L.R
THE OCTOBER...20...2025

 THE HEBREWS... 3:6 JEWS...

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of The United States Constitution that are at issue in this case.

= THE COMMANDMENT...

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s) BIRDELLA... LOVE... RAHHAL

a. If the plaintiff is an individual = SMILES = THE

The plaintiff, *(name)* BIRDELLA... LOVE... RAHHAL..., is a citizen of the State of *(name)* THE U. S. JEWS... = THE NUMBERS 35:7.

b. If the plaintiff is a corporation

The plaintiff, *(name)* BIRDELLA... LOVE... RAHHAL BUSS..., is incorporated under the laws of the State of *(name)* ...THE... U. S. JEW = THE GENESIS 1:1...3... 2:1...2. AMEN.

and has its principal place of business in the State of *(name)* = THE GALATIANS... 2:15=14

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) THE ST. ANTHONY HOSPITAL = SAYS ?

a. If the defendant is an individual = WONDER ?

The defendant, *(name)* ...THE... ST. ANTHONY... HOSPITAL, is a citizen of the State of *(name)* THE U. S. JEWS... ? Or is a citizen of *(foreign nation)*

JACOB = 4 WIVES SLAVES. WOMENS ? OF Pharoahs

(B.L.R.) THE OCTOBER, 20... ...2025...

b. If the defendant is a corporation

The defendant, *(name)* ____________, is incorporated under the laws of the States of *(name)* THE U.S. JEWS..., and has its principal place of business in the States of *(name)* THE U.S. JEWS... .

Or is incorporated under the laws of *(foreign nation)* = Jacob + 4 Wives = Slaves Woman and has its principal place of business in *(name)* THE...OKLAHOME... = Pharoahs u.n.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy = THE EZEKIEL 44:24 Amen.

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. Amen. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE race Walking in When THEY NOT TO BE THERE SAYING THEYs the doctor its scare AND NOT to BE When Theys dont BELONGs There in THE HOSPital. THE HOSPitals allowed out OF Control u.n. animals to Come in harassing, intimidating THE Ill PERSONS = BIRDELLA.. LOVE When BIRDELLA there FOR HElP. NOT Trouble OR Around -Trouble MAKER race = u.n, Pharoahs = White north African race = egypt or indians = Black ?

## IV. THE RELEIF... Relief

State briefly and precisely what damages or other = releif relief the plaintiff asks the court to order. THE PRISON FOREVER Amen. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Amen = LETS THE COURTS decide The amounts OF MONEY where THE race WORKS day + Night NAY REST, TO PAY Amen.



## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

THE Date of signing: THE OCTOBER... ...2025...

Signature of Plaintiff ... BIRDELLA... LOVE... RAHHAL

Printed Name of Plaintiff ... BIRDELLA... LOVE... RAHHAL

### B. For Attorneys

THE Date of signing:

THE... Signature of Attorney BIRDELLA... LOVE... RAHHAL...

Printed Name of Attorney ... THE PSAlm 119:105...160. Amen.

Bar Number ?

Name of Law Firm

Street Address 100126 NORTH...3690 RD... #181 = BOX

State and Zip Code THE U.S. OKEMAH OKLAHOME 74859 = HOME

Telephone Number ...1 918 667 3437...

E-mail Address THE 1st. CORINTHIANS 2:10...11...12...13...14...16 ...3:1, 6...9...11, 14 = 16...17 = 18...19 = 20 = 21 = 23



THE OCTOBER...20...2025

THE REC...DAY 06...17...2017,S... ...THE...KEEP SAKES FOR RECORD ALWAY Amen.

CERTIFICATE # 000008612




# CERTIFICATE OF RECOGNITION

THIS IS TO CERTIFY THAT THE EXECUTIVE DIRECTOR OF
THE SENIOR CITIZENS ALLIANCE RECOGNIZES

*Ms Birdella Love Rahhal*

OF DISTRICT 2 IN THE STATE OF OKLAHOMA
AS A CITIZEN COSPONSOR OF THE LEGISLATION TITLED

***THE SENIOR CITIZEN TAX ELIMINATION ACT...***

THIS CERTIFICATE IS HEREBY CONFERRED IN RECOGNITION OF THIS INDIVIDUAL'S HIGH STANDING AS A RESPECTED COMMUNITY LEADER IN DISTRICT 2 AND FOR FAITHFUL SERVICES RENDERED IN SUPPORT OF LEGISLATION THAT REPEALS THE DOUBLE TAX ON SOCIAL SECURITY BENEFITS.

...Chadwick R. Gore...

CHADWICK R. GORE
Chairman, Senior Citizens Alliance