IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIRDELLA LOVE RAHHAL, <br><br> Plaintiff, <br><br> v. <br><br> ST. ANTHONY HOSPITAL et al., <br><br> Defendant. | Case No. 25-CV-377-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 8. The Magistrate Judge recommends that the case be dismissed for failure to state a claim, and the Motion for Leave to Proceed In Forma Pauperis filed by Plaintiff Birdella Love Rahhal [Dkt. No. 3] be DENIED as moot.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the case is DISMISSED without prejudice, and the Motion for Leave to Proceed In Forma Pauperis filed by Plaintiff Birdella Love Rahhal [Dkt. No. 3] is DENIED as moot.

IT IS SO ORDERED this 13th day of November 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE